UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. WILLIAMS,<br><br>        Petitioner,<br><br>   v.<br><br>PAM AHLIN, Executive Director of the Coalinga State Hospital,<br><br>        Respondent. | 1:11-cv—00049-SKO-HC<br><br>ORDER DISMISSING AS MOOT PETITIONER'S MOTION FOR INJUNCTION AND TEMPORARY RESTRAINING ORDER (DOC. 5) |

    Petitioner is a civil detainee who was proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    The Court's order dismissing the petition was signed on February 3, 2011; the order and judgment were entered on February 4, 2011. Petitioner's motion for issuance of a temporary restraining order and injunction was filed on February 2, 2011, but it was not entered until February 3, 2011.

    In light of the Court's dismissal of the petition,

///

1

Petitioner's motion for an injunction and temporary restraining order is DISMISSED as moot.

IT IS SO ORDERED.

**Dated:     February 8, 2011**                        **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE